**NETFLIX, INC., Plaintiff/Counterclaim Defendant–Appellee**

v.

**ROVI CORPORATION, Rovi Technologies Corporation, Rovi Guides, Inc., fka Gemstar–Tv Guide International, Inc., United Video Properties, Inc., Defendants/Counterclaimants–Appellants**

---

APTIV Digital, Inc., Starsight Telecast, Inc., Counterclaimants–Appellants

2015–1917

United States Court of Appeals, Federal Circuit.

November 7, 2016

MICHAEL SOONUK KWUN, Keker & Van Nest, LLP, San Francisco, CA, argued for plaintiff/counterclaim defendant-appellee. Also represented by ASHOK RAMANI, SHARIF E. JACOB, EDWARD A. BAYLEY.

JEFFREY A. LAMKEN, MoloLamken LLP, Washington, DC, argued for defendants/counterclaimants-appellants and counterclaimants-appellants. Also represented by MICHAEL GREGORY PATTILLO, JR.; JOHN M. WHEALAN, Chevy Chase, MD; LAWRENCE MILTON HADLEY, RODERICK GEORGE DORMAN, McKool Smith Hennigan, P.C., Los Angeles, CA; JOEL LANCE THOLLANDER, McKool Smith, PC, Austin, TX.

CHARLES R. MACEDO, Amster Rothstein & Ebenstein LLP, New York, NY, for amici curiae Broadband iTV, Inc., Double Rock Corporation, Island Intellectual Property, LLC, Access Control Advantage, Inc., Fairway Financial U.S., Inc. Also represented by SANDRA A. HUDAK.

## JUDGMENT

Per Curiam (Lourie, Moore, and O'Malley, Circuit Judges).

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**